UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Tia Lewis v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 11-cv-12006-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 28, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
     **Deputy Clerk**

Date: October 30, 2014

David R. Herndon
2014.10.30
12:04:14 -05'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT